UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Index Number: 14-CV-5272
Date Filed: 09-15-2014
Court/Return Date:

ATTORNEY(S) RENFROE DRISCOLL & FOSTER, LLP   PH: (718) 261-5100
118-35 QUEENS BOULEVARD STE 940 FOREST HILLS, NY 11375 |

Armani Goens

vs
*Plaintiff*

The City of New York, New York City Police Department, Police Officer Omar Castillo, Tax Reg #929854, in his individual and ECF Case official capacity, et al

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF SERVICE

__Husam Al-Atrash__ , being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On **September 27, 2014**, at **08:59 AM** at **92-08 222nd St., Queens Village, NY 11428**, Deponent served the within **E-filed Summons in a Civil Action and Complaint**

On: **P.O. Omar Castillo, Tax Reg# 929854 c/o NYCPD 105th Pct.**, Defendant therein named, ( hereinafter referred to as "subject").

☐ #1 INDIVIDUAL
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☐ #2 ENTITY/CORPORATION/LLC/LLP
By delivering to and leaving with said individual to be who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☒ #3 SUITABLE AGE PERSON
By delivering thereat a true copy of each to **Ms Cole** () a person of suitable age and discretion. Said premises is subject's:[X] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ #4 AFFIXING TO DOOR
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

Address confirmation:

☒ #5 MAILING
On **September 30, 2014** , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ #6 DESCRIPTION
Sex: Female   Color of skin: White   Color of hair: Black   Age: 40
Height: 5ft4in-5ft8in   Weight: 161-200 Lbs.   Other Features:

☐ #7 WITNESS FEES
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☒ #8 MILITARY SERVICE
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ #9 OTHER

Sworn to before me on September 30, 2014

Patricia Rothfritz
NOTARY PUBLIC STATE OF New York
01R06055503, Qualified in Nassau County
Commission Expires February 26, 2015

Process Server, Please Sign
Husam Al-Atrash
Job #: 1429646   Lic# 1279639
Client's File No.:

INTER COUNTY JUDICIAL SERVICES LLC, 85 WILLIS AVENUE, SUITE F, MINEOLA, NY 11501 LIC#1371771 PH. 516-248-8270, FAX 516-294-6225