UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF NEW YORK  
ATTORNEY(S) RENFROE DRISCOLL & FOSTER, LLP   PH: (718) 261-5100  
118-35 QUEENS BOULEVARD STE 940 FOREST HILLS, NY 11375

Index Number: 14-CV-5272  
Date Filed: 09-15-2014  
Court/Return Date:

Armani Goens

vs

*Plaintiff*

The City of New York, New York City Police Department, Police Officer Omar Castillo, Tax Reg #929854, in his individual and ECF Case official capacity, et al

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF SERVICE

 Raed Ibrahim , being sworn says:  
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On <u>September 29, 2014</u>, at <u>10:09 AM</u> at <u>100 Church St., New York, NY 10007</u>, Deponent served the within **E-filed Summons in a Civil Action and Complaint**

On: **New York City Police Department**, **Defendant** therein named, ( hereinafter referred to as "subject").

☐ #1 INDIVIDUAL  
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☒ #2 ENTITY/CORPORATION/LLC/LLP  
By delivering to and leaving with **Betty Mezyck** said individual to be  who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ #3 SUITABLE AGE PERSON  
By delivering thereat a true copy of each to  () a person of suitable age and discretion. Said premises is subject's:[] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☐ #4 AFFIXING TO DOOR  
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment  [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

Address confirmation:

☐ #5 MAILING  
On  , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ #6 DESCRIPTION  
Sex: Female    Color of skin: Black    Color of hair: Black    Age: 51-65  
Height: 5ft4in-5ft8in    Weight: 131-160 Lbs.    Other Features:

☐ #7 WITNESS FEES  
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☐ #8 MILITARY SERVICE  
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ #9 OTHER

Sworn to before me on October 1, 2014

Patricia Rothfritz  
NOTARY PUBLIC STATE OF New York  
01R06055503, Qualified in Nassau County  
Commission Expires February 26, 2015

Process Server, Please Sign  
Raed Ibrahim  
Job #: 1429645   Lic# 1326602  
Client's File No.:

INTER COUNTY JUDICIAL SERVICES LLC, 85 WILLIS AVENUE, SUITE F, MINEOLA, NY 11501 LIC#1371771 PH. 516-248-8270, FAX 516-294-6225