UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ATTORNEY(S) RENFROE DRISCOLL & FOSTER, LLP     PH: (718) 261-5100
118-35 QUEENS BOULEVARD STE 940 FOREST HILLS, NY 11375

Index Number: 14-CV-5272
Date Filed: 09-15-2014
Court/Return Date:

Armani Goens

vs                                                                                              *Plaintiff*

The City of New York, New York City Police Department, Police Officer Omar Castillo, Tax Reg #929854, in his individual and ECF Case official capacity, et al

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF SERVICE

__Raed Ibrahim__, being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On __September 29, 2014__, at __10:09 AM__ at __100 Church St., New York, NY 10007__, Deponent served the within __E-filed Summons in a Civil Action and Complaint__

On: __The City of New York, Zachary W. Carter - Corporation Counsel__, Defendant therein named, ( hereinafter referred to as "subject").

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☒ **#2 ENTITY/CORPORATION/LLC/LLP**
By delivering to and leaving with __Betty Mezyck__ said individual to be who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ **#3 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to () a person of suitable age and discretion. Said premises is subject's:☐ actual place of business / employment ☐ dwelling house (usual place of abode) within the state.

☐ **#4 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

Address confirmation:

☐ **#5 MAILING**
On , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ **#6 DESCRIPTION**
Sex: Female     Color of skin: Black     Color of hair: Black     Age: 51-65
Height: 5ft4in-5ft8in     Weight: 131-160 Lbs.     Other Features:

☐ **#7 WITNESS FEES**
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☐ **#8 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#9 OTHER**

Sworn to before me on October 1, 2014

Patricia Rothfritz
NOTARY PUBLIC STATE OF New York
01R06055503, Qualified in Nassau County
Commission Expires February 26, 2015

Process Server, Please Sign
Raed Ibrahim
Job #: 1429636    Lic# 1326602
Client's File No.:

INTER COUNTY JUDICIAL SERVICES LLC, 85 WILLIS AVENUE, SUITE F, MINEOLA, NY 11501 Lic#1371771 PH. 516-248-8270, FAX 516-294-6225