US MAGISTRATE JUDGE CHERYL L. POLLAK                    DATE: 1/8/15

TIME SPENT: /

DOCKET NO. 14 CV 5272

CASE: Gains v City

\_\_\_\_\_ INITIAL CONFERENCE                     ✓ OTHER/STATUS CONFERENCE
\_\_\_\_\_ DISCOVERY CONFERENCE              \_\_\_\_\_ FINAL/PRETRIAL CONFERENCE
\_\_\_\_\_ SETTLEMENT CONFERENCE          \_\_\_\_\_ TELEPHONE CONFERENCE
\_\_\_\_\_ MOTION HEARING                        \_\_\_\_\_ ORAL ARGUMENT

MANDATORY DISCLOSURE:

\_\_\_\_\_ COMPLETED                              \_\_\_\_\_ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

\_\_\_\_\_ DISCOVERY TO BE COMPLETED BY _____

\_\_\_\_\_ NEXT CONFERENCE SCHEDULED FOR _____

\_\_\_\_\_ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

RULINGS:

Def to find knife
Pl to convey demand by 1/16
Conference to discuss settlement 2/3 at 4:00