

**ZACHERY W. CARTER**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Okwede Okoh
Special Assistant Corporation Counsel
phone: (212) 356-3271
fax: (212) 356-3509
email: ookoh@law.nyc.gov

February 3, 2015

BY ECF
Honorable Judge Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Armani Goens v. City of New York, et al., 14 CV 5272 (PKC)(CLP)

Dear Judge Pollak:

I am a Special Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the defense of the above-referenced case on behalf of Defendant City of New York. I am writing to respectfully request that the Court adjourn the settlement conference presently scheduled for February 3, 2015 to February 5, 2015 at 2 pm. The reason for this request is defendants need additional time to evaluate the case for potential settlement. I have spoken with plaintiff's counsel and he consents to this request.

Respectfully submitted,
/s/
Okwede Okoh
Special Assistant Corporation Counsel
Special Federal Litigation Division

cc:  **VIA ECF**
Patrick Foster, Esq.