US MAGISTRATE JUDGE CHERYL L. POLLAK      DATE: 2/5/15

TIME SPENT: _____

DOCKET NO. 14 CV 5272

CASE: Goens v City

___ INITIAL CONFERENCE          ___ OTHER/STATUS CONFERENCE
___ DISCOVERY CONFERENCE        ___ FINAL/PRETRIAL CONFERENCE
✓ SETTLEMENT CONFERENCE         ___ TELEPHONE CONFERENCE
___ MOTION HEARING              ___ ORAL ARGUMENT

MANDATORY DISCLOSURE:

___ COMPLETED                   ___ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____      DEF. TO SERVE PL. BY: _____

RULINGS:

Case settled