UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ARMANI GOENS,

                                  Plaintiff,

-against-

CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT, POLICE OFFICER OMAR CASTILLO,
TAX # 929854, in his individual and official capacity,

                                  Defendants.

------------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

14 CV 5272 (PKC)(CLP)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       February 18, 2015

| RENFROE DRISCOLL & FOSTER, LLP | ZACHARY W. CARTER |
|---|---|
| *Attorneys for Plaintiff* | Corporation Counsel of the City of New York |
| 118-35 Queens Blvd | *Attorney for Defendants City and Castillo* |
| Forest Hills, NY 11375 | 100 Church Street, 3rd Floor |
| 718-261-5100 | New York, New York 10007 |
| By: /s/ Patrick K. Foster | By: /s/ |
| PATRICK K. FOSTER | Okwede N. Okoh |
| *Attorney for Plaintiff* | |

SO ORDERED:

_____
HON. PAMELA K. CHEN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2015